USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Don King Productions, Inc., *et al.*,

                Plaintiffs,

      –v–

World Boxing Association,

                Defendant.

21-cv-4885 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      On July 29, 2021, the Defendant filed a motion to dismiss.  Dkt. No. 18.  Pursuant to Rule 3.F. of this Court's Individual Practices in Civil Cases, on or before August 9, 2021, the Plaintiffs must notify the Court and their adversary in writing whether (1) they intend to file an amended pleading and when they will do so or (2) they will rely on the pleading being attacked. The Plaintiffs are on notice that declining to amend their pleadings to timely respond to a fully briefed argument in the Defendant's motion to dismiss may well constitute a waiver of the Plaintiffs' right to use the amendment process to cure any defects that have been made apparent by the Defendant's briefing.  *See Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC.*, 797 F.3d 160, 190 (2d Cir. 2015) (leaving "unaltered the grounds on which denial of leave to amend has long been held proper, such as undue delay, bad faith, dilatory motive, and futility").

      If the Plaintiffs choose to amend, the Defendant may then (a) file an answer; (b) file a new motion to dismiss; or (c) submit a letter stating that they rely on the initially filed motion to dismiss.

      Nothing in this Order alters the time to amend, answer, or move provided by the Federal Rules of Civil Procedure or Local Rules.

The initial pretrial conference scheduled for September 24, 2021, is adjourned pending disposition of the motion to dismiss.

SO ORDERED.

Dated:  July 30, 2021
           New York, New York

_____
      ALISON J. NATHAN
   United States District Judge