```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Don King Productions, Inc., et al.,

           Plaintiffs,

    –v–

World Boxing Association,

           Defendant.

---

21-cv-4885 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On July 29, 2021, Defendant filed a motion to dismiss the complaint for lack of jurisdiction. Dkt. No. 18. On September 9, 2021, Plaintiff filed an amended complaint. Dkt. No. 23. The Court therefore DENIES as moot the motion to dismiss.

This resolves docket number 18.

SO ORDERED.

Dated: October 4, 2021
     New York, New York

_____
       ALISON J. NATHAN
    United States District Judge