UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Don King Productions, Inc., et al.,

           Plaintiffs,

–v–

World Boxing Association,

           Defendant.

21-cv-4885 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court on October 21, 2021, scheduled an initial pretrial conference for November 12, 2021, at 3:15 p.m. Dkt. No. 28. The parties' joint letter and case management plan were due seven days prior to that conference. *Id.* The Court is not in receipt of those submissions. The parties shall file a joint letter and case management plan by November 10, 2021.

SO ORDERED.

Dated: November 8, 2021
      New York, New York

                                        ALISON J. NATHAN
                                     United States District Judge