UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
DON KING PRODUCTIONS, INC.,

                Plaintiff

           -v-

WORLD BOXING ASSOCIATION,

                Defendant.

------------------------------------------------------------------- x

**ORDER DENYING MOTION**

21 Civ. 4885 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

      Plaintiff's motion to file a Second Amended Complaint is granted, on the condition that plaintiff pays $1,000 in costs to defendant. The parties are well into discovery, and this motion will impose extra expenses on defendant arising from plaintiff's change of position. However, in the interest of justice, to allow all the disputes between the parties to be adjudicated, leave to file is granted. The Second Amended Complaint shall be filed by May 6, 2022.

      Defendant's motion to dismiss the First Amended Complaint is moot, and is therefore denied. The Clerk shall terminate ECF Nos.37 and 39.

      SO ORDERED.

Dated:    April 28, 2022
             New York, New York

                                            ALVIN K. HELLERSTEIN
                                            United States District Judge