**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DON KING PRODUCTIONS, INC. and
TREVOR BRYAN,

                    Plaintiffs,

  -against-                                     21 **CIVIL** 4885 (AKH)

                                                              **JUDGMENT**

WORLD BOXING ASSOCIATION,

                    Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated June 14, 2022, the motion to dismiss is granted as to lack of personal jurisdiction and improper venue and denied as to Plaintiffs' failure to join a necessary party; accordingly, the case is closed.

**Dated:** New York, New York

      June 14, 2022

                                                                  **RUBY J. KRAJICK**

                                                                   Clerk of Court

                              **BY:**     *K. Mango*

                                                                      **Deputy Clerk**